

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00050-CR

| | | |
|---|---|---|
| PATRICK LEE SMITH, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1512010R) |
| V. | § | August 22, 2019 |
| | § | Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth